■
**Tatyana LEVINA, Plaintiff–Appellant,**

v.

**SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT, Defendant–Appellee.**

No. 06–55179.

United States Court of Appeals, Ninth Circuit.

April 23, 2008.

Marcy J.K. Tiffany, Wyner & Tiffany, Torrance, CA, for Plaintiff–Appellant.

Howard A. Friedman, Peter A. Sansom, Lozano Smith, Vista, CA, for Defendant–Appellee.

Before: DIARMUID F. O'SCANNLAIN and MILAN D. SMITH, JR., Circuit Judges, and MICHAEL W. MOSMAN,* District Judge.

**ORDER**

The petition for rehearing is GRANTED. The opinion filed on December 28, 2007, is withdrawn. A superseding memorandum disposition will be filed concurrently with this order. Further petitions for rehearing or rehearing en banc may be filed.